In the Matter of the Estate of MABEL M. FISHER, Deceased. ARTHUR SCHNEIDER et al., Respondents; KENNETH H. FISHER, Appellant.— Decree affirmed, without costs of this appeal to any party. All concur. (Appeal from a decree revoking temporary letters of administration issued to the son of decedent.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ. [See *post*, p. 950.]

In the Matter of the ROCHESTER BAR ASSOCIATION.— Petition denied. Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.